*Blackwell, Jr.* for petitioner. *M. G. Roberts* and *Clifford B. Kimberly* for Thompson, Trustee; and *Edwin D. Franey* for Graham, Administratrix, respondents. ■

No. 337. Darr et al. *v.* Mutual Life Insurance Co. C. A. 2d Cir. Certiorari denied. *Frederick E. Weinberg* for petitioners. *Joseph V. Lane, Jr.* for respondent. ■

No. 341. United Funds, Inc. *v.* Nee, Collector of Internal Revenue. C. A. 8th Cir. Certiorari denied. *Daniel L. Brenner* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Harry Marselli* for respondent. ■

No. 346. Estate of Josephs *v.* Commissioner of Internal Revenue. C. A. 8th Cir. Certiorari denied. *Floyd F. Toomey* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Morton K. Rothschild* for respondent. ■

No. 350. La Salle-Madison Hotel Co. *v.* Denham. C. A. 7th Cir. Certiorari denied. *Arthur Dixon* for petitioner. *David J. Kadyk, L. Duncan Lloyd* and *John L. Davidson* for respondent. ■

No. 354. R. W. Claxton, Inc. *v.* Schaff et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James M. Earnest* and *Albert F. Beasley* for petitioner. *Caesar L. Aiello* and *Llewellyn C. Thomas* for respondents. ■

No. 358. Owens *v.* Curtiss Candy Co. C. A. 8th Cir. Certiorari denied. *Martin J. O'Donnell* for peti-